IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUSTOM PAK WEST, LTD.,

    Plaintiff,                                 CIV. NO. S-08-2489 LKK GGH

    vs.

JC PRODUCE, et al.,

    Defendants.                           ORDER

_____/

        Defendant JC Produce's motion to authorize deposit of monies with the registry of the court presently is calendared for hearing on April 2, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. April 2, 2009 hearing on the motion to authorize deposit of monies with the registry of the court, filed March 23, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: March 31, 2009                             /s/ Gregory G. Hollows

                                                                               U. S. MAGISTRATE JUDGE

GGH:076:CustomPak2489.vac.wpd