IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUSTOM PAK WEST, LTD.,

        Plaintiff,

    v.                                   CIV. NO. S-08-2489 LKK/GGH

JC PRODUCE, LLC, a California limited liability company, and JOHN TEDESCO, PAUL ABESS, SUSAN LENNANE, BETTE BYOUK, JAMES LENNANE, KEN CATCHOT, GEORGE KARAM, each individually,      O R D E R

        Defendants.

_____/

    On March 26, 2009, plaintiff requested default judgment be entered against several defendants, including James Lennane. On April 3, 2009, James Lennane filed a letter disputing that he had been properly served in this case. Default was entered by the Clerk on April 8, 2009. Accordingly, the court construes defendant's April 3 filing as a request to set aside the default. If plaintiff wishes to oppose that request, any such opposition must be filed not later than fifteen (15) days from the date of this order.

    IT IS SO ORDERED.

    DATED: April 14, 2009.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

1