**HEFNER, STARK & MAROIS, LLP**
Ronald H. Sargis (CA Bar Assn. No. 105173)
Michael A. Yee (CA Bar Assn. No. 258811)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: rsargis@hsmlaw.com

Attorneys for Defendant
JC PRODUCE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| CUSTOM PAK WEST, LTD<br><br>Plaintiff,<br><br>v.<br><br>JC PRODUCE, et al,<br><br>Defendants. | Case No.: 2:08-CV-02489-LLK-GGH<br><br>**JUDGMENT**<br><br>**FOR CUSTOM PAK WEST, LTD AGAINST JC PRODUCE, INC.**<br><br>**Rule 54(b), F.R.Civ.P.** |
| PAUL ABESS<br><br>Counter-Claimant,<br><br>v.<br><br>CUSTOM PAK WEST, LTD<br><br>Counter-Defendant. | **Judge: Hon. Lawrence K. Karlton** |
| PAUL ABESS, an individual<br><br>Cross-Claimant,<br><br>v.<br><br>JC PRODUCE, LLC, a California limited liability company, JOHN TEDESCO, an individual, SUSAN LENNANE, an individual, and JAMES LENNANE, an individual,<br><br>Cross-Defendants. | |

1   After review of the regularly noticed Motion for Summary Judgment filed by JC
2   Produce, LLC, Defendant, (hereinafter "JC Produce"), the evidence presented to the Court by
3   JC Produce and Custom Pak West, LTD (hereinafter "Custom Pak"), the opposition filed by
4   Custom Pak, the Points and Authorities filed by each of these parties, the files in this case,
5   and good cause appearing, the Court has entered its order granting summary judgment
6   against JC Produce on all of the claims as set forth in the Complaint filed by Custom Pak in
7   this case. The JC Produce Motion for Summary Judgment having been granted, this final
8   Judgment is entered by the Court.

9   **IT IS ORDERED, ADJUDGED, and DECREED** that judgment is entered for Custom Pak West, LTD Plaintiffs in the above captioned action, and that Custom Pak West, LTD recover from JC Produce, LLC the sum of $32,195.45 . The amount of the judgment is comprised of $24,812.85 for the principal amount of the debt owed to Custom Pak West, LTD for the claims in the Complaint, $2,247.17 of interest computed through the date of this judgment, $4,703.00 in reasonable attorneys' fees, and $432.43 in allowable costs.

15  This Judgment is entered as a separate judgment from the other parties in this action pursuant to Rule 54(b) and as a separate final judgment in favor of Custom Pak West, LTD against JC Produce, LLC. The Court has determined that there is no reason for delay in the determination of the amount Custom Pak West, LTD is entitled to recover or entry of this final judgment to allow Custom Pak West, LTD to recover such amounts.

Dated: April 27, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT