UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUSTOM PAK WEST, LTD.,

        Plaintiff,

   v.

JC PRODUCE, INC., dba JC
PRODUCE, LLC, and JOHN
TEDESCO, PAUL ABESS, SUSAN
LENNANE, BETTE BYOUK, JAMES
LENNANE, KEN CATCHOT, GEORGE
KARAM, each individually,

        Defendants.
_____/

NO. CIV. S-08-2489 LKK/GGH

O R D E R

    On March 26, 2009, plaintiff requested default be entered against several defendants, including James Lennane. On April 3, 2009, James Lennane filed a letter disputing that he had been properly served in this case. Default was entered by the Clerk on April 8, 2009. On April 15, 2009, the court issued an order construing defendant's letter as a request to set aside the default and ordered plaintiff, if it wished to oppose the set aside of the default, to file such opposition not later than fifteen days from

1

the date of the order. Plaintiff has not opposed the request. Good cause appearing, the entry of default against James Lennane is SET ASIDE. <u>See</u> Fed. R. Civ. Proc. 55(c).

IT IS SO ORDERED.

DATED: May 15, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT